FABIAN O'NEIL, PLAINTIFF-APPELLANT, v. CARL BILOTTA AND TERESA BILOTTA, DEFENDANTS-RESPONDENTS.

Argued September 15, 1952—Decided September 22, 1952.

*Mr. Isadore Rabinowitz* argued the cause for the appellant.

*Mr. Jack Rinzler* argued the cause for the respondents (*Messrs. Feder & Rinzler*, attorneys).

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge McGeehan in the court below.

*For affirmance*—Justices OLIPHANT, WACHENFELD, BURLING and JACOBS—4.

*For reversal*—Justice HEHER—1.